No. 3329.—RODRÍGUEZ, APDO., v. BOSCH HERMANOS, APLTES. —C. D. Guayama. Memorándum de costas. Mayo 20, 1924. Desestimado el recurso a instancia del apelado por no haberse presentado en tiempo la exposición del caso.

No. 3088.—SUCESIÓN DE CRUZ ORTIZ, APELANTE, v. MUNICIPIO DE GUAYANILLA ET AL., APDOS.—C. D. Ponce. Reivindicación. Mayo 21, 1924. Confirmada la sentencia apelada, por no aparecer que la corte sentenciadora hiciera mal uso de su poder discrecional al negarse a suspender el juicio, que es el error que se le atribuye.

No. 3282. — ACOSTA, APDA., v. MARXUACH, APLTE. — C. D. San Juan, Distrito 2º Divorcio. Mayo 26, 1924. Apareciendo de los autos que la moción solicitando la pensión alimenticia de que se trata no debe considerarse como encaminada exclusivamente a la obtención de alimentos para la esposa *pendente lite,* sino que la resolución apelada en conexión con la moción puede estimarse como estableciendo una base provisional para fijar una cuota a favor de la señora y de los hijos habidos en el matrimonio disuelto mientras se liquidan los bienes gananciales, pudiendo el contador partidor, sujeto a la aprobación de la corte, liquidar la pensión al hacer la de los gananciales imputando equitativamente a la esposa lo que a ella corresponda en la pensión, se confirma la resolución apelada, sin perjuicio del derecho de las partes a acudir a la corte *a quo* para que se varíe la resolución dictada si las circunstancias así lo demandaren.

No. 593.—DÍAZ, RECURRENTE, v. REGISTRADOR DE GUAYAMA, RECURRIDO.—Mayo 28, 1924. Revocada la nota y ordenada la anotación solicitada por los fundamentos de la opinión en el caso de *Fajardo Sugar Co.* v. *Registrador de Humacao,* 25 D.P.R. 873.